FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2023 MAY 17 PM 3:45

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:23-cr-167-KKM-AAS

18 U.S.C. § 922(g)(1)

JAMES PATRICK SYCHOWSKI

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about February 7, 2023, in the Middle District of Florida, the defendant,

JAMES PATRICK SYCHOWSKI,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses, committed on occasions different from one another:

1. Carjacking, committed on or about March 28, 2007, sentenced on or about July 18, 2008;

2. Attempted second degree murder, committed on or about March 28, 2007, sentenced on or about July 18, 2008;

3. Robbery, committed on or about March 7, 2007, sentenced on or about July 18, 2008;

4. Aggravated assault with a weapon, committed on or about March 28, 2007, sentenced on or about July 18, 2008;

5. Lewd and lascivious exhibition to a victim less than 16 years of age, offender older than 18 years of age, committed on or about November 12, 2004, sentenced on or about July 18, 2008;

6. Lewd and lascivious exhibition to a victim less than 16 years of age, offender older than 18 years of age, committed on or about April 26, 2004, sentenced on or about July 18, 2008;

7. Lewd and lascivious exhibition to a victim less than 16 years of age, offender older than 18 years of age, committed on or about September 16, 2004, sentenced on or about July 18, 2008; and

8. Lewd and lascivious exhibition to a victim less than 16 years of age, offender older than 18 years of age, committed on or about November 22, 2004, sentenced on or about July 18, 2008,

did knowingly possess, in and affecting interstate and foreign commerce, ammunition, that is, fourteen rounds of PMC 5.56mm ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: 14 rounds of PMC 5.56mm ammunition and a privately made 80% Lowers rifle.

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
David W.A. Chee
Assistant United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes & Narcotics Section

FORM OBD-34
May 23

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

JAMES PATRICK SYCHOWSKI

## INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill,

▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Foreperson

Filed in open court this 17th day

of May 2023.

_____
Clerk

Bail $_____

GPO 863 525