UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                           CASE NO.: 8-23-cr-167-KKM-AAS

JAMES PATRICK SYCHOWSKI

## JOINT STATEMENT OF THE CASE

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, and counsel for the defendant, hereby submit the following statement of the case:

James Patrick Sychowski is charged with possessing ammunition by a convicted felon, under 18 U.S.C. § 922(g)(1), for an incident that occurred at 1401 North River Circle, Tarpon Springs, Florida, on March 7, 2023.   Defendant Sychowski is a convicted felon and is prohibited from possessing firearms or ammunition.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   _David W.A. Chee_
David W.A. Chee
Assistant United States Attorney
Florida Bar No. 109659
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798

**U.S. v. James Patrick Sychowski**          **Case No. 8:23-cr-167-KKM-AAS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 13, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Victor D. Martinez, Esq.

David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov