UNITED STATES OF AMERICA
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:23-cr-167-KKM-AAS

JAMES PATRICK SYCHOWSKI

**UNITED STATES' NOTICE OF FILING
TRANSCRIPT OF GOVERNMENT EXHIBIT 2O-1 AND EXHIBIT 3-1**

The United States of America, by and through the undersigned, hereby files the attached transcripts of the government's Trial Exhibit 2O-1 (Exhibit A) and Trial Exhibit 3-1 (Exhibit B). Government Trial Exhibit 2O-1 is a redacted version of body worn camera footage from Tarpon Springs Police Officer Joshua Sparks while he responded to the residence at 1401 N. River Drive in Tarpon Springs, Florida on February 7, 2023. Trial Exhibit 3-1 is a redacted version of the 9-11 call relating to the incident at the residence at 1401 N. River Drive.

Per the Court's request to the parties at the Pre-Trial Conference on November 20, 2024, the government provided a copy of said transcripts to defense counsel, Mr. Victor Martinez.

1

Mr. Martinez stated to the undersigned that he does not object to the accuracy transcription but may object to the admissibility of the exhibits.

                                      Respectfully submitted,

                                      ROGER B. HANDBERG
                                      United States Attorney

By: _____
                                      David W.A. Chee
                                      Assistant United States Attorney
                                      Florida Bar No.: 109659
                                      400 N. Tampa St., Ste. 3200
                                      Tampa, FL 33602-4798
                                      Telephone: (813) 274-6000
                                      Facsimile: (813) 274-6358
                                      E-mail: David.Chee@usdoj.gov

U.S. v. James Patrick Sychowski  Case No. 8:23-cr-167-KKM-AAS

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Victor D. Martinez, Esq.

/s/ David Chee
David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

# EXHIBIT A

USA v. James Patrick Sychowski
Case No. 8:23-cr-167-KKM-AAS

## Transcript of Government Exhibit 2O-1

| Time Index | Speaker | Audio |
|---|---|---|
| 13:41:00 | Officer Sparks | Hi there, are you the grandmother? |
| 13:41:06 | Linda Koutsopanagos | I'm the mother, my granddaughter called.<br><br>He just—I told him to get the hell out of here. |
| 13:41:10 | Officer Sparks | Is he here? |
| 13:41:10 | Linda Koutsopanagos | He just bolted. |
| 13:41:14 | Officer Sparks | He just bolted which direction? |
| 13:41:15 | Linda Koutsopanagos | I don't know because I can't see from the inside of my house to the outside… I just.. |
| 13:41:21 | Officer Sparks | Can I get on the radio?<br><br><speaking to dispatch><br><br>302, male left, location, unknown direction.<br><br>Let's clear the house real quick. |
| 13:31:34 | Linda Koutsopanagos | He did draw a gun on me. |
| 13:41:36 | Officer Sparks | He drew a gun on you? |
| 13:41:37 | Linda Koutsopanagos | <with hand on head><br><br>Yeah |
| 13:41:38 | Officer Sparks | <speaking to dispatch><br><br>He drew a gun on her, armed. |
| 13:41:42 | Officer Rondos | Did he leave in a car? |
| 13:41:43 | Linda Koutsopanagos | He must have because his car isn't here. |
| 13:41:47 | Officer Sparks | <speaking to dispatch> |

1

USA v. James Patrick Sychowski
Case No. 8:23-cr-167-KKM-AAS

| Time Index | Speaker | Audio |
|---|---|---|
|  |  | Unknown at this time, he did draw a firearm on the subject here, so he is gonna be armed. |
| 13:41:52 | Linda Koutsopanagos | I don't know where he got that from.<br><br>Oh my God. |
| 13:41:59 | Officer Sparks | <speaking to dispatch><br><br>1401 North River Circle.  Industrial Avenue and Anclote. |
| 13:42:06 | Officer Rondos | What kind of car does he drive? |
| 13:42:08 | Linda Koutsopanagos | Oh my God—OK—an IKEA…um…I think it is an Altima.  I think I have the title, I can pull it. It's an IKEA, I think it's an Altima. |
| 13:42:23 | Officer Rondos | It's a Nissan Altima? |
| 13:42:25 | Linda Koutsopanagos | Is that such a thing?  If it's not a Nissan it's a KIA. What did I say? |
| 13:42:32 | Officer Rondos | Is the car registered to him— |
| 13:42:33 | Linda Koutsopanagos | I'm sorry, I'm shaken.<br><br>And I do have his title in my safe. |
| 13:42:38 | Officer Sparks | <speaking to dispatch><br><br>32 to dispatch, can you look in DAVID and see what we got for vehicle information on the subject. |
| 13:42:50 | Linda Koutsopanagos | <peering around wall><br><br>He said he wanted to get killed today. <inaudible>  He stood at the front door waiting for you guys to come … with a gun drawn <gestures with two hands imitating rifle>. |
| 13:43:03 | Officer Rondos | <speaking to dispatch><br><br>Alright guys, listen up, the male was here, he had a firearm at the front of the |

2

USA v. James Patrick Sychowski
Case No. 8:23-cr-167-KKM-AAS

| Time Index | Speaker | Audio |
|---|---|---|
|  |  | house—and he's banging on the door, saying he was gonna get killed today and he's waiting for us. |
| 13:43:08 | Linda Koutsopanagos | —In the house |
| 13:43:08 | Officer Sparks | What's he wearing. |
| 13:43:11 | Linda Koutsopanagos | He didn't spend the night, I dunno, he had black shorts with a white stripe on it.. on the side. |
| 13:43:17 | Officer Sparks | White stripe? |
| 13:43:17 | Officer Rondos | What color car is it? |
| 13:43:20 | Linda | It's greyish.. |
| 13:43:21 | Officer Rondos | It's his car that's registered to him.. It's a grey KIA, we think it's gonna be a KIA, it's probably an Altima. |
| 13:43:25 | Linda Koutsopanagos | I said IKEA didn't I? I meant a KIA |
| 13:43:28 | Officer Sparks | What's he wearing? |
| 13:43:30 | Linda Koutsopanagos | I think he had black shorts on with a white stripe |
| 13:43:33 | Officer Sparks | Black shorts white stripe, what kind of shirt? |
| 13:43:35 | Linda Koutsopanagos | I don't know, probably black because he always wears black. |
| 13:43:38 | Officer Rondos | Can we have Eagle come up so he's not f**cking coming around us and try to… |
| 13:43:43 | Linda Koutsopanagos | The guns are in the house |
| 13:43:44 | Officer Rondos | Does he have another gun? |
| 13:43:46 | Linda Koutsopanagos | He had- he has- he came in the house and did this- this did not happen outside |
| 13:43:50 | Officer Sparks | What kind of gun? |
| 13:43:51 | Linda | Huh |
| 13:43:51 | Officer Sparks | What kind of gun was it? |
| 13:43:52 | Linda Koutsopanagos | I don't know but it was a <gestures with two hands and makes noises simulating gunfire> I could show it to you. |
| 13:43:59 | Officer Sparks | Is it a large firearm a small one? |
| 13:44:00 | Linda Koutsopanagos | No it was a long- |

USA v. James Patrick Sychowski
Case No. 8:23-cr-167-KKM-AAS

| Time Index | Speaker | Audio |
|---|---|---|
| 13:44:01 | Officer Sparks | A rifle? |
| 13:44:02 | Linda Koutsopanagos | it was a- it was a , a rifle, definitely. |
| 13:44:05 | Officer Sparks | <speaking to dispatch><br>3-2 Forty Three, it's gonna be a rifle. |
| 13:44:07 | Officer Rondos | I'm gonna get my car with my rifle |
| 13:44:08 | Officer Sparks | Yeah |
| 13:44:09 | Linda Koutsopanagos | I don't know… |
| 13:44:10 | Officer Sparks | <speaking to Officer Rondos><br>Hey I want to get her away from this house.<br><speaking to Linda><br>Here ma'am walk with me, walk with me. |
| 13:44:14 | Linda Koutsopanagos | No no- |
| 13:44:14 | Officer Sparks | Walk with me |
| 13:44:15 | Linda Koutsopanagos | I have a cigarette going, I don't want my house to burn down |
| 13:44:18 | Officer Sparks | Okay, I want you to clear. |
| 13:44:20 | Officer Rondos | Let's just take her and were gonna leave. |
| 13:44:21 | Officer Sparks | Yep |
| 13:44:22 | Linda Koutsopanagos | What? |
| 13:44:22 | Officer Sparks | I want you to leave with me. We'll get that in two seconds. |
| 13:44:24 | Linda Koutsopanagos | I have to get my purse. |
| 13:44:26 | Officer Sparks | Okay, I want- Ma'am, will you please listen to me for just a second, okay? Because I don't want to be standing out in front here. I'm gonna have you just on the other side of this car okay and then we'll come right back. Okay? |
| 13:44:37 | Linda Koutsopanagos | We're not leaving here? <unintelligible> |
| 13:44:38 | Officer Sparks | No, we're gonna go right behind this car. |
| 13:44:40 | Linda Koutsopanagos | Okay |
| 13:44:42 | Officer Sparks | <speaking to Officer Rondos><br>Just keep a watch on line- on me. |

4

USA v. James Patrick Sychowski
Case No. 8:23-cr-167-KKM-AAS

| Time Index | Speaker | Audio |
| --- | --- | --- |
| 13:44:48 | Linda Koutsopanagos | By the way this is my son. |
| 13:44:49 | Officer Sparks | I understand who it is. |
| 13:44:49 | Linda Koutsopanagos | Okay, okay. |
| 13:44:51 | Officer Sparks | Come back over here. |
| 13:44:57 | Officer Sparks | Alright, in white shorts? |
| 13:44:58 | Linda Koutsopanagos | No, in black shorts. |
| 13:45:00 | Officer Sparks | Black shorts, white stripe, right? |
| 13:45:01 | Linda Koutsopanagos | Yeah |
| 13:45:04 | Officer Sparks | Okay, what color shirt? |
| 13:45:05 | Linda Koutsopanagos | I don't know, but probably black cause he always wears black. |
| 13:45:21 | Officer Sparks | Alright, black shirt, uh shorts, that are gonna be black with a white stripe, yes? |
| 13:45:25 | Linda Koutsopanagos | Yes. I think- I think he was on- |
| 13:45:28 | Officer Sparks | What color hair does he have? And how long? |
| 13:45:31 | Linda Koutsopanagos | Uh- short. His hair is short and its dark. |
| 13:45:33 | Officer Faugno | The house is right there? |
| 13:45:34 | Officer Rondos | Yeah |
| 13:45:34 | Linda Koutsopanagos | Huh? |
| 13:45:35 | Officer Sparks | They're talking to each other. |
| 13:45:36 | Linda Koutsopanagos | I'm sorry. |
| 13:45:37 | Officer Sparks | What kind of hair? |
| 13:45:38 | Linda Koutsopanagos | Dark hair. |
| 13:45:38 | Officer Sparks | Dark hair? |
| 13:45:39 | Linda Koutsopanagos | Yeah. |
| 13:45:40 | Officer Sparks | How long? |
| 13:45:40 | Linda Koutsopanagos | Short. |
| 13:45:40 | Officer Sparks | Short. |

5

USA v. James Patrick Sychowski
Case No. 8:23-cr-167-KKM-AAS

| Time Index | Speaker | Audio |
|---|---|---|
| 13:45:42 | Linda Koutsopanagos | He's loaded with tats. He's easy to find. He is very intimidating. He's six foot three, two hundred and twenty pounds. |
| 13:45:52 | Officer Sparks | <speaking to dispatch> 302, physical description, gonna be short dark hair, black shirt, shorts black with white stripe. |
| 13:46:05 | Linda Koutsopanagos | I think he's barefoot. |
| 13:46:08 | Officer Sparks | <speaking to dispatch> Male's possibly barefoot. |
| 13:46:17 | Officer Sparks | <speaking to Linda> What's your first name? |
| 13:46:17 | Linda Koutsopanagos | Linda |
| 13:46:18 | Officer Sparks | Linda? |
| 13:46:18 | Linda Koutsopanagos | Yeah |
| 13:46:20 | Officer Sparks | Last name? |
| 13:46:21 | Linda Koutsopanagos | K-O-U-T |
| 13:46:22 | Officer Sparks | K-O-U-T |
| 13:46:23 | Linda Koutsopanagos | S-O |
| 13:46:24 | Officer Sparks | S-O |
| 13:46:24 | Linda Koutsopanagos | P-A |
| 13:46:25 | Officer Sparks | P-A |
| 13:46:26 | Linda Koutsopanagos | N-A |
| 13:46:26 | Officer Sparks | N-A |
| 13:46:27 | Linda Koutsopanagos | G-O-S |
| 13:46:28 | Officer Sparks | G-O-S And what's a middle name? |
| 13:46:36 | Linda Koutsopanagos | Mine? |
| 13:46:36 | Officer Sparks | Yes. |
| 13:46:37 | Linda Koutsopanagos | Linda- Uh, Louise |
| 13:46:38 | Officer Sparks | Louise? And date of birth? |

USA v. James Patrick Sychowski
Case No. 8:23-cr-167-KKM-AAS

| Time Index | Speaker | Audio |
|---|---|---|
| 13:46:40 | Linda Koutsopanagos | Twelve, twenty eight, fifty. |
| 13:46:41 | Officer Sparks | Twelve, twenty eight, fifty. |
| 13:46:44 | Officer Rondos | Right here. She's right here. (pointing at Linda)<br>His vehicle is-<br><speaking to Linda><br>Do you have a vehicle in the garage? |
| 13:46:53 | Linda Koutsopanagos | I have a vehicle in the garage. |
| 13:46:55 | Officer Sparks | It's in the garage. |
| 13:46:56 | Officer Rondos | Yeah, its in the garage. |
| 13:47:02 | Officer Sparks | Alright |
| 13:47:03 | Officer Rondos | <speaking to Linda><br>Is it your daughter who lives in Hillsborough? |
| 13:47:05 | Linda Koutsopanagos | No that was my granddaughter. |
| 13:47:06 | Officer Sparks | Your granddaughter. |
| 13:47:07 | Officer Rondos | She's on her way up to so. |
| 13:47:08 | Linda Koutsopanagos | Yeah she called me. |
| 13:47:09 | Officer Rondos | She called us. |
| 13:47:11 | Linda Koutsopanagos | Yeah, I told her not to. |
| 13:47:12 | Officer Sparks | Well, this probably needs to be addressed especially given what he's saying. Yeah? What exactly did he tell you? |
| 13:47:19 | Linda Koutsopanagos | Well what happened was we got into a disagreement because he overdrew my bank account. |
| 13:47:22 | Officer Sparks | Okay. |
| 13:47:22 | Officer Rondos | Did you see him get in a car and drive away? |
| 13:47:25 | Linda Koutsopanagos | No, because he- he heard the sirens. I picked up the phone- |
| 13:47:30 | Officer Rondos | No, he heard the sirens though. |
| 13:47:31 | Linda Koutsopanagos | I picked up the phone to call 911 my granddaughter- I was going to switch over to 911- my granddaughter was on the phone and then I said I have to go and |

7

USA v. James Patrick Sychowski
Case No. 8:23-cr-167-KKM-AAS

| Time Index | Speaker | Audio |
|---|---|---|
|  |  | then I was gonna dial 911 and then all the sudden he came out. He's got this gun (using two hands to simulate him holding the gun) and he's like "Go ahead, go ahead call the police, call the f-ing police" |
| 13:47:46 | Officer Sparks | He's pointing it at you? |
| 13:47:48 | Linda Koutsopanagos | Well he pointed it at the front door at first. He says "I'm waiting for them, I'm waiting for them. I'm gonna die today. I'm gonna get killed by cop." I said Jimmy, put that away and then he turned it. He did shove me. Um. Did he aim it? Yeah, he actually turned that freaking gun and aimed it at me. I mean he didn't- he aimed it my way. (motioning with hands a sweeping motion) |
| 13:48:10 | Officer Sparks | Did he point it at you? |
| 13:48:12 | Linda Koutsopanagos | He did point it at me. |
| 13:48:18 | Officer Sparks | Okay.<br><br>Right here. It's not though, we already got that. |
| 13:48:22 | Linda Koutsopanagos | He said he was gonna kill me and my husband. |
| 13:48:26 | Officer Sparks | Where is your husband at? |
| 13:48:27 | Linda Koutsopanagos | My husband is at work and he doesn't know anything about this. |
| 13:48:30 | Officer Rondos | Is anybody in the house? Any animals? Anything like that? |
| 13:48:31 | Linda Koutsopanagos | No. |
| 13:48:32 | Officer Rondos | Nothing? Okay. <officer Rondos walking away> |
| 13:48:34 | Linda Koutsopanagos | <speaking to Officer Rondos> Uh his bedroom is on the left. It's where the gun is I think. Its on the left. |
| 13:48:37 | Officer Rondos | He left the gun in there? |
| 13:48:39 | Linda Koutsopanagos | The gun is in there. (pointing at the house) |
| 13:48:40 | Officer Rondos | The gun is in here. |

USA v. James Patrick Sychowski
Case No. 8:23-cr-167-KKM-AAS

| Time Index | Speaker | Audio |
|---|---|---|
| 13:48:45 | Officer Sparks | Okay. |
| 13:48:46 | Linda Koutsopanagos | Oh my god. |
| 13:48:49 | Officer Sparks | So take a deep breath, relax for a second. At what point- at what point did he get here? What time was it? Was it- is it- was it right on- as soon- right out the gate was he angry? |
| 13:49:01 | Linda Koutsopanagos | Oh, he walked in, I was on the patio, and he opened up the patio and he's like "what the f*ck is wrong with you? Nobody can stand you" Uh. I got a- and then he sent me some texts just before that. I knew he was pissed. |
| 13:49:14 | Officer Sparks | Okay |
| 13:49:15 | Linda Koutsopanagos | I did not know he was coming home. I did tell him that I think its time for him to leave cause he was causing some problems. |
| 13:49:19 | Officer Sparks | Okay |
| 13:49:20 | Linda Koutsopanagos | And when I told him that because he is- |
| 13:49:22 | | [Audio Redacted] |
| 13:49:49 | Linda Koutsopanagos | No. |
| 13:49:50 | Officer Sparks | No? Okay. |
| 13:49:56 | Linda Koutsopanagos | God, my heart is just racing so bad, I really feel like I need to go inside and get uh-uh- |
| 13:49:59 | Officer Sparks | Okay, well- take a deep breath. They're gonna go clear the home. |
| 13:50:02 | Linda Koutsopanagos | I need some blood pressure medication. |
| 13:50:04 | Officer Sparks | Okay, we'll get that all sorted out here in just a second okay? Stay put for me. |
| 13:50:08 | Linda Koutsopanagos | I have a gun inside (unintelligible) |
| 13:50:09 | Officer Sparks | Okay, where is it at? |

9

USA v. James Patrick Sychowski
Case No. 8:23-cr-167-KKM-AAS

| Time Index | Speaker | Audio |
| --- | --- | --- |
| 13:50:11 | Linda Koutsopanagos | That's in my nightstand. It is registered and I have a permit |
| 13:50:14 | Officer Sparks | Okay, no problem. Absolutely. |
| 13:50:15 | Linda Koutsopanagos | Its in my nightstand and its in the second drawer. And that's just uh- |
| 13:50:18 | Officer Sparks | Okay |
| 13:50:18 | Linda Koutsopanagos | Um a Ruger. |
| 13:50:19 | Officer Sparks | Okay. |
| 13:50:22 | Linda Koutsopanagos | But he had a big freakin <makes gunfire noises while using both hands to simulate holding a weapon> |
| 13:50:25 | Officer Sparks | Okay |
| 13:50:26 | Linda Koutsopanagos | And I don't- |
| 13:50:26 | Officer Sparks | And that's in there? (pointing towards the house) |
| 13:50:28 | Linda Koutsopanagos | That's in there. (shaking her head up and down) |
| 13:50:29 | Officer Sparks | Did he have anything else? |
| 13:50:31 | Linda Koutsopanagos | He- he usually caries a knife but he carries it- I will tell you, he carries it not conceal- its out. |
| 13:50:38 | Officer Sparks | Okay. |
| 13:50:39 | Linda Koutsopanagos | He's suppose to carry it not concealed. |
| 13:50:41 | Officer Sparks | Right. Where'd he- Did he bring the gun inside with him when he came in. |
| 13:50:44 | Linda Koutsopanagos | No he actually ran into his bedroom. I didn't even know he had a gun. |
| 13:50:46 | Officer Sparks | So he used to live here? |
| 13:50:48 | Linda Koutsopanagos | He lives here. |
| 13:50:49 | Officer Sparks | He does live here? |
| 13:50:50 | Linda Koutsopanagos | Its his home. Yes. |
| 13:51:02 | Officer Sparks | <motioning towards an oncoming vehicle><br>Yes. |
| 13:51:18 | | [Audio Redacted] |
| 13:51:24 | Officer Sparks | <speaking on the radio> |

10

USA v. James Patrick Sychowski
Case No. 8:23-cr-167-KKM-AAS

| Time Index | Speaker | Audio |
|---|---|---|
|  |  | 302, I believe that's going to be the rifle. He may be armed with a knife that he usually caries openly. |
| 13:51:34 | Linda Koutsopanagos | I just texted my husband and said I have a 911 here with Jimmy and I'm sure he's going crazy because then you guys pulled up. I haven't- he didn't know what was going on. |
| 13:51:46 | Officer Sparks | Okay, so where is your husband at now? |
| 13:51:48 | Linda Koutsopanagos | He's working. |
| 13:51:48 | Officer Sparks | Working? |
| 13:51:50 | Linda Koutsopanagos | No actually he's on his way home. What time is it? He's usually home around two o'clock. |
| 13:51:55 | Officer Sparks | It's almost two. |
| 13:51:56 | Linda Koutsopanagos | Okay. |
| 13:51:58 | Officer Sparks | Alright let's come back with me alright? |

11

# EXHIBIT B

USA v. James Patrick Sychowski
Case No. 8:23-cr-167-KKM-AAS

### Transcript of Government Exhibit 3-1

| Time Index | Speaker | Audio |
|---|---|---|
| 00:01 | 911 Operator | Police department. |
| 00:01 | Unknown person | Hey, we just put in 1401 North River Circle. |
| 00:04 | 911 Operator | Thank you. Caller? |
| 00:07 | Bethany Sychowski | Hi. |
| 00:08 | 911 Operator | Okay, you were not at that location correct? |
| 00:11 | Bethany Sychowski | No, I'm not. I was on the phone with her and he walked in (unintelligible) she just kicked him out and he's threatening her and destroying the house. He's violent. |
| 00:19 | | [Audio Redacted] |
| 00:27 | 911 Operator | Okay. |
| 00:28 | Bethany Sychowski | And um, he's threatening her and he's destroying the house. And all because she doesn't want him there anymore. She doesn't feel safe in that home. |
| 00:35 | 911 Operator | Okay, so what is his name? |
| 00:38 | Bethany Sychowski | James, or Jimmy, James um Sychowski, S-Y-C-H-O-W-S-K-I |
| 00:46 | 911 Operator | Is he white? Black? Hispanic? |
| 00:49 | Bethany Sychowski | He's white. |
| 00:50 | | [Audio Redacted] |
| 00:51 | Bethany Sychowski | He's tall. He's like six foot tall. |
| 00:55 | 911 Operator | Do you know if he's known to keep weapons on him? |
| 00:57 | Bethany Sychowski | I have no idea- probably, but I don't know. I'm freaking out right now. |
| 01:01 | 911 Operator | Okay |
| 01:02 | | [Audio Redacted] |
| 01:10 | Bethany Sychowski | I can't think right now. But it took me five- so please hurry and get there. |
| 01:15 | 911 Operator | Okay |
| 01:16 | Bethany Sychowski | I can't get there because (inaudible) my job. |
| 01:18 | 911 Operator | It's fine ma'am. We have officers that are already heading there ma'am. So your grandmother is alone in the home with him or is there anybody else there? |

USA v. James Patrick Sychowski
Case No. 8:23-cr-167-KKM-AAS

| Time Index | Speaker | Audio |
|---|---|---|
| 01:24 | Bethany Sychowski | No there's nobody else there. Please, I'm freaking out so bad. |
| 01:28 | 911 Operator | Okay. When you disconnected with your grandmother, at that point was it still a verbal altercation? |
| 01:34 | Bethany Sychowski | No he was destroying the house. |
| 01:35 | 911 Operator | Okay |
| 01:36 | Bethany Sychowski | And threatening her and she said call the police and here I am calling you guys. |
| 01:40 | 911 Operator | Okay, I understand. |
| 01:41 | Bethany Sychowski | And I'm forty five minutes away. |
| 01:42 | 911 Operator | That's it ma'am. Our officers are already almost there. What is her name? |
| 01:45 | Bethany Sychowski | Linda |
| 01:47 | 911 Operator | Is it the same last name? |
| 01:49 | Bethany Sychowski | No, its K-O-U-T-S-O-P-A-N-A-G-O-S. Oh my god, I'm freaking out. |
| 02:00 | 911 Operator | What is your name ma'am? |
| 02:02 | Bethany Sychowski | I'm- I'm her granddaughter. I'm Bethany B-E-T-H-A-N-Y and I have the same last name as my uncle. |
| 02:09 | 911 Operator | Okay. |
| 02:09 | 911 Operator | Alright Bethany, I have officers that are almost there, I'm gonna need you to take a couple deep breaths. I know you're scared for your grandmother but we're gonna take care of her. I want you to drive safely, okay? And if you do get to this address, I need you to stay in the vehicle okay, until an officer can speak to you, okay, cause I don't want you to- don't insert yourself into the situation, let them handle it okay? If you see an officer, you can roll down your window and flag them down but otherwise I don't need you to exit your vehicle or go into the home at all, alright? |
| 02:40 | Bethany Sychowski | Okay, okay, okay um are they there? How far are they? Like its freaking very urgent. |
| 02:46 | 911 Operator | No I understand ma'am. I understand. We're handling the situation. We'll have officers there okay? |

USA v. James Patrick Sychowski
Case No. 8:23-cr-167-KKM-AAS

| Time Index | Speaker | Audio |
|---|---|---|
| 02:53 | Bethany Sychowski | Alright, alright. Um, alright thank you bye. |